19378, 19379. SWINT v. THE STATE (two cases).

BROYLES, C. J. 1. The defendant having been convicted of unlawfully shooting at another, the failure of the court to instruct the jury upon the law of voluntary manslaughter is not ground for a new trial.

2. "It is not matter of right for the accused to make a second statement to the court and jury because the State has introduced additional evidence which strengthens the case against him." *Boston* v. *State*, 94 *Ga.* 590 (2) (21 S. E. 603) ; *Knox* v. *State*, 112 *Ga.* 373 (37 S. E. 416).

(a) "Whether he should be allowed to supplement his first statement with another is discretionary with the trial court." *Williams* v. *State*, 138 *Ga.* 825 (76 S. E. 347), and cit. In the instant case the refusal of the court to allow the accused to make a second statement was not an abuse of its discretion.

3. The court did not err in overruling those grounds of the motion for a new trial based upon alleged newly discovered evidence.

(a) Such evidence was largely impeaching in its character.

(b) The supporting affidavits of the witnesses failed to give the names of their associates. *Ivey* v. *State*, 154 *Ga.* 63 (6) (113 S. E. 175).

4. The evidence in each case authorized the verdict.

*Judgments affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED MARCH 6, 1929.

*Willis Smith, Smith & Millican, A. B. Taylor,* for plaintiff in error.

*William Y. Atkinson, solicitor-general,* contra.

19381. ELROD v. CONTINENTAL CASUALTY CO.

BROYLES, C. J. 1. The assignment of error in the bill of exceptions upon the ruling out of certain testimony can not be considered by this court, since the testimony excluded is set out so vaguely and obscurely as not to be thoroughly understandable. In the state of the record no question is raised by this assignment of error.

2. Under the evidence adduced by the plaintiff a nonsuit was properly awarded. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED MARCH 6, 1929.

*William E. & Gordon Mann,* for plaintiff.
*Maddox, Maddox & Mitchell,* for defendant.